STATE OF NEW JERSEY v. IRA BLAINE.

March 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL DUFF.

March 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS TROY.

March 19, 1984.

Petition for certification denied.

JEANNETTE SEGGEBRUCH v. PRUDENTIAL INSURANCE
COMPANY OF AMERICA.

March 19, 1984.

Petition for certification denied.